UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Capra Dee Amos, # 291593, ) | |
| ) | Civil Action No. 6:04-22495-SB |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| Jon Ozmint, as Director of South ) | |
| Carolina Department of Corrections; ) | |
| Richard E. Bazzle, as Warden; Mike ) | |
| Brooks, as Case Worker; NFN ) | |
| Hosinger, as Unit Lt.; NFN Wilke, ) | |
| as Sgt.; Ruth Powell, as RN; A. ) | |
| Enloe, Nurse; D. Mitchell, as ) | |
| Kershaw I.C.G.; and Mary Williams, ) | |
| as Perry I.C.G., sued in their ) | |
| individual and official capacity, ) | |
| ) | |
| Defendants. ) | |



This matter is before the Court on the pro se Plaintiff's complaint alleging violation of his constitutional rights, pursuant to 42 U.S.C. § 1983. By local rule, the action was referred to United States Magistrate Judge William M. Catoe for preliminary determinations.

On July 26, 2005, the Magistrate Judge issued a report analyzing the parties' positions with respect to the Defendants' motion for summary judgment.[1] The report recommended that the Defendants' motion be granted and that the Plaintiff's complaint be dismissed. Attached to the report and recommendation was a notice advising the Plaintiff that he had 10 days in which to file specific, written objections.

---

[1] The Plaintiff was notified of the motion and of the procedure for summary judgment, including the requirement that he file a timely response. See Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975).

To date, no such objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, since objections were not filed, there are no portions of the report and recommendation to which a de novo review must be conducted. Accordingly, the Magistrate Judge's report and recommendation is hereby adopted as the Order of this Court, and it is

ORDERED that the Defendants' motion for summary judgment is granted; the Plaintiff's complaint in this action is dismissed; that all remaining non-dispositive motions are denied as moot; and this action is ended.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October ___, 2005
Charleston, S.C.